# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of March , two thousand and twenty-three ,

_____

United States of America
v.
Zvi Kaufman

**STIPULATION**
Docket Number: 22-468

_____

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: March 16, 2023
_____

s/ Paul A. Allulis
_____
Attorney for Appellant

Paul A. Allulis, U.S. Dept. of Justice
_____
Print Name and Firm

Date: March 16, 2023
_____

s/ Jeffrey M. Sklarz
_____
Attorney for Appellee

Jeffrey M. Sklarz, Green & Sklarz, LLC
_____
Print Name and Firm